1 PAUL B. MELTZER - #77425
LAW OFFICES OF PAUL B. MELTZER
2 A Professional Corporation
511 Water Street
3 Santa Cruz, California 95060   ***E-FILED - 11/17/09***
Telephone: 831/426-6000
4

5 Attorney for Defendant, SHENG QIANG

6

7                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
8                       SAN JOSE DIVISION

9
   UNITED STATES OF AMERICA,        )   No. 5:09-cr-00720-RMW
10                                   )
                  Plaintiff,         )   STIPULATION TO CONTINUE
11                                   )   **AND ORDER**
         vs.                         )
12                                   )
   SHENG QIANG,                      )
13                                   )   Judge: The Honorable Ronald M. Whyte
                  Defendant.         )
14                                   )
                                     )
15

16   IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue the

17 November 2, 2009 Status Conference at 9:00 a.m. previously set forth in the matter of BECKY QIANG to

18 December 7, 2009 at 9:00 a.m. for Status Conference. Defense counsel initially received an unreadable discovery

19 disc for the above referenced matter. Defense counsel notified the U.S. Attorney of the problem and returned the

20 unreadable disc to the U.S. Attorney's office. Defense counsel has not yet received a replacement discovery disc.

21   The parties agree that the time between November 2, 2009 to December 7, 2009 shall be excluded from

22 the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code

23 § 3161(h)(8)(A) and §3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice

24 served by granting this continuance outweigh the best interests of the public.

25   Therefore, it is respectfully requested that the previously set Status Conference of November 2, 2009 be

26 vacated and a Status Conference be set for December 7, 2009 at 9:00 a.m.

27 //

28 //

STIPULATION TO CONTINUE - 1

1     THE PARTIES SO STIPULATE.

2

3 Dated: October 28, 2009      UNITED STATES ATTORNEY

4                                             /S/

5                                 RICHARD C. CHENG, A. U.S.A.

6 Dated: October 26, 2009      LAW OFFICES OF PAUL B. MELTZER

7

8                                 PAUL B. MELTZER, Attorney for Defendant, SHENG QIANG.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                  STIPULATION TO CONTINUE - 2

XXXXXXX O R D E R

**Good cause shown, therefore, IT IS HEREBY ORDERED** that the November 2, 2009 Status Conference at 9:00 a.m. previously set forth in the matter of SHENG QIANG is continued to December 7, 2009 at 9:00 a.m. for Status Conference.

SO ORDERED.

Dated: XXXX 11/17 , 2009

*Ronald M. Whyte*
_____
HON. RONALD M. WHITE, DISTRICT JUDGE
UNITED STATES DISTRICT COURT