PAUL B. MELTZER - #77425
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: 831/426-6000

*E-FILED - 12/22/09*

Attorney for Defendant, SHENG QIANG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 5:09-cr-00720-RMW |
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE AND ORDER |
| vs. | ) ) | |
| SHENG QIANG, | ) ) | Judge: The Honorable Ronald M. Whyte |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue the December 7, 2009 Status Conference at 9:00 a.m. previously set forth in the matter of SHENG QIANG to January 4, 2010 at 9:00 a.m. for Status Conference. Defense counsel has received a portion of the discovery but it is in an unreadable format. Defense counsel has notified the U.S. Attorney of the problem. The U.S. Attorney's office will forward the complete discovery in a readable format when it receives a complete version. Defense counsel has not yet received a workable copy of the discovery in this case.

The parties agree that the time between December 7, 2009 to January 4, 2010 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(8)(A) and §3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public.

//

//

//

STIPULATION TO CONTINUE - 1

1  //

2  Therefore, it is respectfully requested that the previously set Status Conference of December 7, 2009 be

3  vacated and a Status Conference be set for January 4, 2010 at 9:00 a.m.

4  THE PARTIES SO STIPULATE.

Dated: December 1, 2009                              UNITED STATES ATTORNEY


                                                     _____/S/___DMA_____
                                                     RICHARD C. CHENG, A. U.S.A.


Dated: December 1, 2009                              LAW OFFICES OF PAUL B. MELTZER


                                                     _Paul B. Meltzer___DMT_____
                                                     PAUL B. MELTZER, Attorney for
                                                     Defendant, SHENG QIANG.

STIPULATION TO CONTINUE - 2

1
2
3
4
5
6
7
8
9                              [XXXXXXXXX  O R D E R

10         **Good cause shown, therefore, IT IS HEREBY ORDERED** that the December 7, 2009 Status
11   Conference at 9:00 a.m. previously set forth in the matter of SHENG QIANG is continued to January 4, 2010 at
12   9:00 a.m. for Status Conference.
13         SO ORDERED.

14   Dated: December __22__, 2009

                                        *Ronald M. Whyte*
15                                      _____
                                        HON. RONALD M. WHITE, DISTRICT JUDGE
16                                      UNITED STATES DISTRICT COURT
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE - 3