1  PAUL B. MELTZER - #77425
   LAW OFFICES OF PAUL B. MELTZER
2  A Professional Corporation
   511 Water Street
3  Santa Cruz, California 95060
   Telephone: 831/426-6000      ***E-FILED - 12/23/09***
4

5  Attorney for Defendant, SHENG QIANG

6
                          UNITED STATES DISTRICT COURT
7                        NORTHERN DISTRICT OF CALIFORNIA
                              SAN JOSE DIVISION
8

9
   UNITED STATES OF AMERICA,        )   No. 5:09-cr-00720-RMW
10                                  )
              Plaintiff,            )   STIPULATION TO CONTINUE
11                                  )   AND [XXXXXXXX ORDER
         vs.                        )
12                                  )
   SHENG QIANG,                     )
13                                  )   Judge: The Honorable Ronald M. Whyte
              Defendant.            )
14                                  )
                                    )
15

16       IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue the

17  January 4, 2010 Status Conference at 9:00 a.m. previously set forth in the matter of SHENG QIANG to February 8,

18  2010 at 9:00 a.m. for Status Conference. Defense counsel has recently received discovery in this matter but

19  additional time is needed to evaluate the 7,594 documents. Both Parties agree that the matter should be placed on

20  calendar on February 8, 2010.

21       The parties agree that the time between January 4, 2010 to February 8, 2010 shall be excluded from the

22  Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code §

23  3161(h)(7)(A) and § 3161(h)(7)(B)(iv). The parties agree that the time is excludable in that the ends of justice

24  served by granting this continuance outweigh the best interests of the public.

25  //
26  //
27  //
28  //


STIPULATION TO CONTINUE - 1

1  Therefore, it is respectfully requested that the previously set Status Conference of January 4, 2010 be
2  vacated and a Status Conference be set for February 8, 2010 at 9:00 a.m.
3  THE PARTIES SO STIPULATE.

Dated: December 23, 2009        UNITED STATES ATTORNEY

                                Approved via email

                                _____/S/_____
                                RICHARD C. CHENG, A. U.S.A.

Dated: December 23, 2009        LAW OFFICES OF PAUL B. MELTZER

                                PAUL B. MELTZER, Attorney for
                                Defendant, SHENG QIANG.

STIPULATION TO CONTINUE - 2

[ xxxxxxx )] O R D E R

**Good cause shown, therefore, IT IS HEREBY ORDERED that** the January 4, 2010 Status Conference at 9:00 a.m. previously set forth in the matter of SHENG QIANG is continued to February 8, 2010 at 9:00 a.m. for Status Conference.

SO ORDERED.

Dated: December __23__, 2009

*Ronald M. Whyte*
HON. RONALD M. WHITE, DISTRICT JUDGE
UNITED STATES DISTRICT COURT