1  PAUL B. MELTZER (State Bar No. 077425)
   LAW OFFICES OF PAUL B. MELTZER
2  A Professional Corporation
   511 Water Street
3  Santa Cruz, California 95060
   Telephone: (831) 426-6000
4
5  Attorneys for Defendant, SHENG QIANG

**E-FILED - 10/5/10*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5:09-cr-00720-RMW |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE AND [xxxxxxxxxx] ORDER |
| SHENG QIANG, | Judge: The Honorable Ronald M. Whyte |
| Defendant. | |

IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue the September 27, 2010 Status Conference at 9:00 a.m. previously set forth in the matter of SHENG QIANG to December 13, 2010 at 9:00 a.m. for Status Conference. The Government requires additional time to perform a second handwriting test as the first test as inconclusive. Both Parties agree that the matter should be placed on calendar on December 13, 2010.

The parties agree that the time between September 27, 2010 to December 13, 2010 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public.

//
//

STIPULATION TO CONTINUE - 1

1   Therefore, it is respectfully requested that the previously set Status Conference of
2   September 27, 2010 be vacated and a Status Conference be set for December 13, 2010 at 9:00
3   a.m.
4   THE PARTIES SO STIPULATE.

7   Dated: September 23, 2010                UNITED STATES ATTORNEY

9                                            _____/S/_____
                                             RICHARD C. CHENG, A. U.S. Attorney

11  Dated: September 23, 2010                LAW OFFICES OF PAUL B. MELTZER

                                             _____
                                             PAUL B. MELTZER,
                                             Attorney for Defendant SHENG QIANG

STIPULATION TO CONTINUE - 2

| | |
|---|---|
| 1 | [XXXXXXXXXXX] **ORDER** |
| 2 | Good cause shown, therefore, IT IS HEREBY ORDERED that the September 27, 2010 |
| 3 | Status Conference at 9:00 a.m. previously set forth in the matter of SHENG QIANG is continued |
| 4 | to December 13, 2010 at 9:00 a.m. for Status Conference. It is further ordered that the time |
| 5 | between September 27, 2010 until December 13, 2010 shall be excluded from the Speedy Trial |
| 6 | Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States |
| 7 | Code § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv). |
| 8 | SO ORDERED. |

Dated: October 5, 2010

*Ronald M. Whyte*

HON. RONALD M. WHYTE DISTRICT JUDGE
UNITED STATES DISTRICT COURT

STIPULATION TO CONTINUE - 3