*E-FILED - 7/15/11*

1  PAUL B. MELTZER (State Bar No. 077425)
   LAW OFFICES OF PAUL B. MELTZER
2  A Professional Corporation
   511 Water Street
3  Santa Cruz, California 95060
   Telephone: (831) 426-6000
4
   Attorneys for Defendant, SHENG QIANG
5

6
                UNITED STATES DISTRICT COURT
7               NORTHERN DISTRICT OF CALIFORNIA

8                    SAN JOSE DIVISION

9  UNITED STATES OF AMERICA,          )  Case No.: 5:09-cr-00720-RMW
                                       )
10         Plaintiff,                  )
                                       )  STIPULATION TO CONTINUE
11   vs.                               )  AND |xxxxxxxxxx ORDER
                                       )
12                                     )
                                       )
13  SHENG QIANG,                       )  Judge: The Honorable Ronald M. Whyte
                                       )
14         Defendant.                  )
                                       )
15  _____)

16      IT IS HEREBY STIPULATED by and between counsel that there exists good cause to
17  continue the July 18, 2011 Status Conference at 9:00 a.m. previously set forth in the matter of
18  SHENG QIANG to August 1, 2011 at 9:00 a.m. for Status Conference. Defense Counsel will be
19  unavailable on July 18, 2011. Defense Counsel's assistant spoke to the Clerk in the Hon. Judge
20  Whyte's chambers on July 7, 2011. The Clerk confirmed that August 1, 2011 is available for the
21  Status Conference. Assistant U.S. Attorney Matt Lamberti has no objection to the continuance.
22      The parties agree that the time between July 18, 2011 to August 1, 2011 shall be excluded
23  from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title
24  18, United States Code § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv). The parties agree that the time
25  is excludable in that the ends of justice served by granting this continuance outweigh the best
26  interests of the public.
27  //
28  //

STIPULATION TO CONTINUE - 1

1     Therefore, it is respectfully requested that the previously set Status Conference of July
2 18, 2011 be vacated and a Status Conference be set for August 1, 2011 at 9:00 a.m.
3 THE PARTIES SO STIPULATE.

6 Dated: July 8, 2011               UNITED STATES ATTORNEY

                                         MATTHEW A. LAMBERTI, A. U.S. Attorney

11 Dated: July 8, 2011               LAW OFFICES OF PAUL B. MELTZER

                                         PAUL B. MELTZER,
                                         Attorney for Defendant SHENG QIANG

STIPULATION TO CONTINUE - 2

[XXXXXXXXXX] **ORDER**

Good cause shown, therefore, IT IS HEREBY ORDERED that the July 18, 2011 Status Conference at 9:00 a.m. previously set forth in the matter of SHENG QIANG is continued to August 1, 2011 at 9:00 a.m. for Status Conference. It is further ordered that the time between July 18, 2011 until August 1, 2011 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv).

SO ORDERED.

Dated: July 15, 2011

*Ronald M. Whyte*
HON. RONALD M. WHITE, DISTRICT JUDGE
UNITED STATES DISTRICT COURT