1  PAUL B. MELTZER (State Bar No. 077425)
   LAW OFFICES OF PAUL B. MELTZER
2  A Professional Corporation
   740 Front Street, Suite 325
3  Santa Cruz, California 95060
   Telephone: (831) 426-6000
4
5  Attorneys for Defendant, SHENG QIANG

6
                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA

8                          SAN JOSE DIVISION

9  UNITED STATES OF AMERICA,        )  Case No.: 5:09-cr-00720-RMW
                                    )
10          Plaintiff,               )
                                    )  STIPULATION TO CONTINUE
11     vs.                          )  AND [PROPOSED] ORDER
                                    )
12                                  )
                                    )
13 SHENG QIANG,                     )  Judge: The Honorable Ronald M. Whyte
                                    )
14          Defendant.               )
                                    )
15 ─────────────────────────────────

16     IT IS HEREBY STIPULATED by and between counsel that there exists good cause to
17 continue the September 4, 2012 Sentencing at 9:00 a.m. previously set forth in the matter of
18 SHENG QIANG to December 10, 2012 at 9:00 a.m. for Sentencing. The parties have received
19 information that Ms. Qiang's husband and co-defendant, Yezhou Zhao, who is currently in the
20 People's Republic of China, may in the near future make his first appearance on the indictment.
21 Assistant U.S. Attorney Matt Lamberti has no objection to the continuance and the new date.
22 Probation Officer Ben Flores has also agreed.
23     Therefore, it is respectfully requested that the previously set Sentencing of September 4,
24 2012 be vacated and a Sentencing be set for December 10, 2012 at 9:00 a.m.
25 THE PARTIES SO STIPULATE.
26 ///
27 ///
28

STIPULATION TO CONTINUE - 1

1  Dated: August 2, 2012                    UNITED STATES ATTORNEY

                                            /s/ Matt Lamberti
                                            _____
                                            MATTHEW A. LAMBERTI, Asst. U.S. Attorney


6  Dated: August 2, 2012                    LAW OFFICES OF PAUL B. MELTZER

                                            /s/ Paul B. Meltzer
                                            _____
                                            PAUL B. MELTZER,
                                            Attorney for Defendant SHENG QIANG

## ~~[PROPOSED]~~ ORDER

Good cause shown, therefore, IT IS HEREBY ORDERED that the September 4, 2012 Sentencing at 9:00 a.m. previously set forth in the matter of SHENG QIANG is continued to December 10, 2012 at 9:00 a.m. for Sentencing.

SO ORDERED.

Dated: August \_\_\_, 2012

_Ronald M. Whyte_
HON. RONALD M. WHITE, DISTRICT JUDGE
UNITED STATES DISTRICT COURT