MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HANLEY CHEW (CABN 189985)
Assistant United States Attorneys
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

Filed
APR 03 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHENG QIANG, <br><br> Defendant. | No. CR 09-00720 RMW <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING DEFENDANT'S SENTENCING |

The parties, including the defendant, stipulate as follows:

1.    The defendant Sheng Qiang ("defendant") is currently scheduled to be sentenced by this Court on April 15, 2013.

2.    Defendant's counsel is currently working to make restitution to the victim in this case. Defense counsel needs additional time to resolve this issue.

3.    Defendant's sentencing was continued after her husband and co-defendant, Yezhou Zhao, was brought from China to the United States to face the criminal charges in this case. Mr. Zhao is currently before this Court and pled guilty to Counts One and Four of the Indictment in this case on March 4, 2013. Mr. Zhao's sentencing is scheduled for May 28, 2013. Because defendant and Mr. Zhao's cases have common issues, such as restitution, the parties would

STIP & [PROP] ORDER
CR 09-00720 RMW

1  respectfully request that both defendants in this case be sentenced at the same time.

2  4.      The Probation Office does not object to the continuance requested by the parties. Nor
3  does the Probation Office object to having both defendants in this case sentenced at the same
4  time.

5        Given these circumstances, the parties request that the Court continue defendant's
6  sentencing from April 15, 2013 through May 28, 2013.

7  IT IS SO STIPULATED.

8  DATED: 3/6/13                              /s/
9                                        PAUL MELTZER
                                          Attorney for Defendant
10

11 DATED: 3/6/13                              /s/
                                          HANLEY CHEW
12                                        Assistant United States Attorney
                                          Attorney for Plaintiff
13

14                              [PROPOSED] ORDER

15      Having considered the stipulation of the parties and finding good cause, the Court orders
16 that defendant Sheng Qiang's sentencing be continued from April 15, 2013 through May 28,
17 2013.

18

19 IT IS SO ORDERED.

20 DATED: 4/3/2013                      _____
21                                      THE HONORABLE RONALD M. WHYTE
                                        United States District Court Judge
22

STIP & [PROP] ORDER
CR 09-00720 RMW